UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAY ORZECHOWSKI, | : | Case No. 1:06CV2430 |
| Plaintiff, | : | |
| | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| | : | |
| v. | : | |
| | : | JUDGMENT ENTRY |
| YORK, *et al.* | : | |
| | : | |
| Defendants. | : | |

For the reasons set forth in the Court's Order of this date, this case is **DISMISSED.**

**IT IS SO ORDERED.**

                   s/Kathleen M. O'Malley
                   KATHLEEN McDONALD O'MALLEY
                   UNITED STATES DISTRICT JUDGE

**Dated: June 13, 2007**